JACQUELINE MARIE BROWN
CA BAR No. 337502
DIRECTOR, IMMIGRATION & DEPORTATION DEFENSE CLINIC
USF SCHOOL OF LAW
2130 FULTON STREET
SAN FRANCISCO, CA 94117
(415) 422-6171 (TELEPHONE)
JMBROWN@USFCA.EDU (EMAIL)
ATTORNEY FOR PETITIONER-PLAINTIFF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.A.E.M., <br>    Petitioner-Plaintiff, <br><br>v. <br><br>Minga WOFFORD, Field Office Director, Mesa Verde, Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security; <br><br>Sergio ALBARRAN, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office <br><br>Todd M. LYONS, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; <br><br>Kristi NOEM, in her Official Capacity, Secretary, U.S. Department of Homeland Security; and <br><br>Pam BONDI, in her Official Capacity, Attorney General of the United States; <br><br>    Respondents-Defendants. | Case No. 1:25-cv-01380-KES-HBK <br><br>**ORDER GRANTING MOTION TO PROCEED VIA PSEUDONYM** |

1

## **ORDER**

The Court, having considered petitioner's motion to proceed under pseudonym, and good cause appearing therefor, the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated:   October 27, 2025

_____
UNITED STATES DISTRICT JUDGE

2